No. 77–6317.   AGUIRRE *v.* MORRIS, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 77–6320.   MABERY *v.* NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 77–6322.   MORGAN *v.* SETLIFF, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 77–6324.   BURRELL *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 77–6329.   SHERLEY *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 77–6417.   WATKINS, DBA BELTONE HEARING AID CENTER *v.* LOU BACHRODT CHEVROLET, INC.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 77–6436.   GAY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–6446.   ROACH *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 77–6449.   CLYBURN *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 77–6452.   BLACK HORSE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 77–6453.   HERNANDEZ ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–6461.   SACCO *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–6491.   JACKSON *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.